**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Billy R. McCULLERS, Jr., Defendant–Appellant.**

**No. 15–6303.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

Billy R. McCullers, Jr., Appellant Pro Se. Melissa Elaine O'Boyle, Assistant United States Attorney, Norfolk, Virginia; Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McCullers*, No. 4:07–cr–00049–RBS–JEB–1 (E.D.Va. Dec. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although the district court granted McCullers's § 3582 motion, the reduction granted by the court did not reduce McCullers's sentence to the full extent he requests.